IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cr-30006-DWD |
| ) | |
| DONVIE S. EDDINGTON, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

**DUGAN, District Judge:**

On August 11, 2021, this Court entered a preliminary order of forfeiture (Doc. 27) against Defendant Donvie S. Eddington for the following property, which had been seized from the defendant:

> **One .40 caliber Glock Model 22 Generation 4, semi-automatic pistol, and any and all ammunition contained therein.**

The Court directed the United States to publish notice of the order, the forfeiture, and of the rights of third parties to claim an interest in the forfeited property pursuant to 21 U.S.C. § 853(n). (Doc. 27 at 1).

On May 23, 2022, the United State of America filed a motion seeking an order declaring that the United States has title to the forfeited property clear of any third-party interests pursuant to 21 U.S.C. § 853(n)(7). (Doc. 39). The United States has provided a sworn declaration that the notice of forfeiture was posted on an official internet government forfeiture site for 30 consecutive days, beginning on March 16, 2022, and ending on April 14, 2022. (Doc. 40). No person has filed a petition in this Court pursuant

to 21 U.S.C. § 853(n) claiming an interest in the property.

For these reasons, it is **ORDERED** as follows:

(1) Pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), the Court's preliminary order of forfeiture (Doc. 26) is the final order of forfeiture.

(2) The Unites States' motion for an order finding no third-party interests (Doc. 39) is **GRANTED**, and pursuant to 21 U.S.C. § 853(n)(7), the United States has clear title to the property that is the subject of the forfeiture order, namely:

> **One .40 caliber Glock Model 22 Generation 4, semi-automatic pistol, and any and all ammunition contained therein.**

(3) The United States shall direct the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives to dispose of the forfeited property according to law.

**SO ORDERED.**

Dated: May 24, 2022                    /s *David W. Dugan*
                                       _____
                                       DAVID W. DUGAN
                                       United States District Judge